MARC HENRI DAVID
1138 Solano Avenue
Bay Point, California, 94565
(925) 382-8045
Email: studiomh@yahoo.com
Pro Se Plaintiff

FILED
JUL 03 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DMR

MARC HENRI DAVID

        Plaintiff,

vs.

GEORGE CHIALA FARMS, INC.,

JEFF NUNES (General Counsel for

GCFarms, Inc.)

        Defendant(s).

Case No.: **C24-04040**

**COMPLAINT**

DEMAND FOR JURY TRIAL

**PARTIES**

1. Plaintiff.

Name: Marc Henri David

Address: 1138 Solano Avenue, Bay Point, CA, 94565

Telephone: 925-382-8045

2. Defendants.

- 1 -
COMPLAINT

3. Defendant 1:

   Name: George Chiala Farms, Inc.

   Address: 18625 Sutter Blvd., Suite 600, Morgan Hill, CA 95037

   Telephone: 408-778-0562

4. Defendant 2:

   Name: Jeff Nunes (General Counsel for GCFarms, Inc).

   Address: 18625 Sutter Blvd., Suite 600, Morgan Hill, CA 95037

   Telephone: 408-612-7502

## JURISDICTION

5. This court has jurisdiction under 28 U.S.C. $ 1331 because this action arises under the laws of the United States, specifically the Copyright Act (17 U.S.C. $ 501).

## VENUE

6. Venue is proper in this district under 28 U.S.C. § 1391 (b) because a substantial part of the events giving rise to the claims occurred in this district and the defendants are subject to personal jurisdiction in this district.

## INTRADISTRICT ASSIGNMENT

7. This action arises in the Northern District of California, which is where the defendants reside and where a substantial part of the events or omissions giving rise to the claim occurred.

## STATEMENT OF FACTS

8. Plaintiff, Marc Henri David, is the owner of the copyrighted logotype used by George Chiala Farms, Inc.

9. Plaintiff created the logotype for George Chiala Farms, Inc. without transferring copyright ownership.

10. Plaintiff registered the copyright for the logotype prior to any trademark filings by George Chiala Farms, Inc. (Exhibit A: Plaintiff's copyright registration with the U.S. Copyright Office).

11. On June, Friday 21, 2024, Plaintiff discovered that George Chiala Farms, Inc. filed a trademark application using the logotype created by Plaintiff, falsely claiming legal ownership by indicating on the application form that they were the legal owner of the mark (Exhibit B: Defendants' trademark application).

12. The trademark application filed by Defendant 2, Jeff Nunes, on behalf of George Chiala Farms, Inc., includes a false statement in the section where it asks for "owner of the mark" Mr. Nunes confirmed (falsely) that "George Chiala Farms, Inc." is the owner of the mark.

13. Plaintiff's copyright registration predates the trademark filing by George Chiala Farms, Inc.

14. Plaintiff informed George Chiala Farms, Inc. of the copyright ownership and requested the company cease using the copyrighted materials without proper licensing following a breakdown in negotiations and an ultimatum issued by the company, which effectively terminated any previous verbal agreements.

15. George Chiala Farms, Inc. has continued to use the copyrighted logotype without permission from the Plaintiff, despite being aware of Plaintiff's copyright ownership.

## CLAIMS

### First Claim

Name the law or right violated: Copyright Act (17 U.S.C. § 501)

Name the defendants who violated it: George Chiala Farms, Inc., Jeff Nunes.

16. Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

17. Defendants infringed Plaintiff's exclusive rights under 17 U.S.C. § 106 by using the copyrighted logotype without authorization.

18. The infringement has been willful, as demonstrated by the false claims of ownership in the trademark application and continued use despite Plaintiff's notifications.

19. Exhibit A is Plaintiff's copyright registration, which predates Defendants' trademark application.

20. Exhibit B is Defendants' trademark application, showing the false claim of ownership and the date of filing.

21. As a result of Defendants' actions, Plaintiff has suffered damages and is entitled to recover damages pursuant to 17 U.S.C. $ 504 and costs pursuant to 17 U.S.C. $ 505

## DEMAND FOR RELIEF

22. Plaintiff requests the Court to:

- Award actual damages and any additional profits of the Defendants attributable to the infringement, or statutory damages as provided by 17 U.S.C. $ 504.
- Issue an injunction preventing the Defendants from further infringing Plaintiff copyrighted materials.
- Order the Defendants to pay Plaintiff's costs and attorneys' fees as provided by 17 U.S.C. § 505.
- Grant any other relief the Court deems just and proper.

## DEMAND FOR JURY TRIAL

23. Plaintiff demands a jury trial on all issues.

Respectfully submitted,

DATED: July 3, 2024

MARC HENRI DAVID



Exhibit **-A-**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-256-316**

**Effective Date of Registration:**
May 24, 2021
**Registration Decision Date:**
June 25, 2021

## Title

| | |
|---|---|
| Title of Work: | GC Farms |
| Nature of Claim: | Logo Type |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2000 |
| Date of 1st Publication: | May 20, 2000 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Marc Henri David |
| Author Created: | 2-Dimensional artwork |
| Work made for hire: | No |
| Citizen of: | United States |
| Year Born: | 1939 |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Marc Henri David
1138 Solano Ave, Bay Point, CA, 94565 |

## Certification

| | |
|---|---|
| Name: | Marc Henri David |
| Date: | May 15, 2021 |

| | |
|---|---|
| Copyright Office notes: | Regarding basis for registration: Registration based on the artwork in the logo. |

Page 1 of 2

Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.

# Exhibit B

| USPTO .report | Trademarks | Patents | Copyright | | Search |

# Application

## GC FARMS
### George Chiala Farms, Inc.

USPTO.report  ›  George Chiala Farms, Inc.  ›  GC FARMS Application #90740040  ›  Application



Trademark/Service Mark Application, Principal Register

PTO- 1478
Approved for use through 05/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

Serial Number: 90740040
Filing Date: 05/27/2021

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 90740040 |
| MARK INFORMATION | |
| *MARK | \\TICRS\EXPORT18\IMAGEOUT 18\907\400\90740040\xml1 \ APP0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | GC FARMS |
| COLOR MARK | YES |
| COLOR(S) CLAIMED (If applicable) | The color(s) black, white, red, green, yellow, purple, grey, brown is/are claimed as a feature of the mark. |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of the capital letters GC in large black ITC Century Std Bold Condensed font, underlined in black. The capital letters FARMS in smaller sized black ITC Century Std Bold Condensed font, underlined in black. Forming a rough semi-circle beginning on the left side about half way up the letter G going under the word FARMS and up to half way up the right side of the letter C are images of vegetables beginning on the left side with a purple red onion, two black, white, grey and brown mushrooms, one yellow potato, five white and black full garlic bulbs, one smaller black and white garlic clove, one green and black sprig of basil leaves, three green and black jalapeno peppers, a single green and black jalapeno pepper which stem and tip curve to the left, and a red and black, with a green stemmed red pepper. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 844 x 485 |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | George Chiala Farms, Inc. |
| *MAILING ADDRESS | 15500 Hill Rd. |
| *CITY | Morgan Hill |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 95037 |
| PHONE | 408-612-7502 |
| *EMAIL ADDRESS | XXXX |
| WEBSITE ADDRESS | www.gcfarms.com |




| LEGAL ENTITY INFORMATION | |
|---|---|
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | California |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| INTERNATIONAL CLASS | 029 |
| *IDENTIFICATION | Processed vegetables |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 03/01/2000 |
| FIRST USE IN COMMERCE DATE | At least as early as 03/01/2000 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPE0-6818651148-202105271 85001249502_._orge_Chiala _Farms_-_Quality_Californ ia_Vegetable_Ingredients.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\907\400\90740040\xml1\ APP0003.JPG |
| SPECIMEN DESCRIPTION | GCFarms website landing page |
| WEBPAGE URL | www.gcfarms.com |
| WEBPAGE DATE OF ACCESS | 05/27/2021 |
| ATTORNEY INFORMATION | |
| NAME | Jeff Nunes |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| STREET | 15500 Hill Rd. |
| CITY | Morgan Hill |
| STATE | California |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 95037 |
| PHONE | 408-612-7502 |
| EMAIL ADDRESS | j6nunes@gmail.com |
| CORRESPONDENCE INFORMATION | |
| NAME | Jeff Nunes |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | j6nunes@gmail.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | jeff.nunes@gcfarms.com |
| FEE INFORMATION | |
| APPLICATION FILING OPTION | TEAS Standard |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 350 |
| *TOTAL FEES DUE | 350 |
| *TOTAL FEES PAID | 350 |
| SIGNATURE INFORMATION | |
| SIGNATURE | /jeff nunes/ |
| SIGNATORY'S NAME | Jeff Nunes |
| SIGNATORY'S POSITION | General Counsel |
| SIGNATORY'S PHONE NUMBER | 408-612-7502 |
| DATE SIGNED | 05/27/2021 |
| SIGNATURE METHOD | Signed directly within the form |

PTO- 1478
Approved for use through 05/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

Serial Number: 90740040
Filing Date: 05/27/2021

### To the Commissioner for Trademarks:

MARK: GC FARMS (stylized and/or with design, see mark)
The literal element of the mark consists of GC FARMS. The color(s) black, white, red, green, yellow, purple, grey, brown is/are claimed as a feature of

the mark. The mark consists of the capital letters GC in large black ITC Century Std Bold Condensed font, underlined in black. The capital letters FARMS in smaller sized black ITC Century Std Bold Condensed font, underlined in black. Forming a rough semi-circle beginning on the left side about half way up the letter G going under the word FARMS and up to half way up the right side of the letter C are images of vegetables beginning on the left side with a purple red onion, two black, white, grey and brown mushrooms, one yellow potato, five white and black full garlic bulbs, one smaller black and white garlic clove, one green and black sprig of basil leaves, three green and black jalapeno peppers, a single green and black jalapeno pepper which stem and tip curve to the left, and a red and black, with a green stemmed red pepper.

The applicant, George Chiala Farms, Inc., a corporation of California, having an address of
   15500 Hill Rd.
   Morgan Hill, California 95037
   United States
   408-612-7502(phone)
   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 029:  Processed vegetables

In International Class 029, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 03/01/2000, and first used in commerce at least as early as 03/01/2000, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) GCFarms website landing page.

**Original PDF file:**
SPE0-6818651148-202105271 85001249502_._orge_Chiala _Farms_-_Quality_Californ ia_Vegetable_Ingredients.pdf
**Converted PDF file(s) (1 page)**
Specimen File1
Webpage URL: www.gcfarms.com
Webpage Date of Access: 05/27/2021



For informational purposes only, applicant's website address is: www.gcfarms.com

The owner's/holder's proposed attorney information: Jeff Nunes. Jeff Nunes, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
   15500 Hill Rd.
   Morgan Hill, California 95037
   United States
   408-612-7502(phone)
   j6nunes@gmail.com

Jeff Nunes submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
   Jeff Nunes
   PRIMARY EMAIL FOR CORRESPONDENCE: j6nunes@gmail.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): jeff.nunes@gcfarms.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

   **Basis:**
   **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**
- **The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;**
  **The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection**
- **with the goods/services in the application;**
  **The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used**

- on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

And/Or

If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /jeff nunes/   Date: 05/27/2021
Signatory's Name: Jeff Nunes
Signatory's Position: General Counsel
Signatory's Phone Number: 408-612-7502
Signature method: Signed directly within the form
Payment Sale Number: 90740040
Payment Accounting Date: 05/27/2021

Serial Number: 90740040
Internet Transmission Date: Thu May 27 20:01:56 ET 2021
TEAS Stamp: USPTO/BAS-XX.XXX.XX.XXX-2021052720015690
2705-90740040-780c1ec1523f32ebf926cf5fea
1a87171cdba9424a33dd4e0c2a3128874834d4-C
C-01550006-20210527185001249502

Application [image/jpeg] 🔗



Application [image/jpeg]



Exhibit -B-