UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARC HENRI DAVID,

    Plaintiffs,

v.

GEORGE CHIALA FARMS, INC, et al.,

    Defendants.

Case No. 24-cv-04040-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

ADR:  Parties are to notify Court of ADR Selection:  5/30/2025

MOTION TO DISMISS OR RESPONSIVE PLEADING:  6/13/2025
DEADLINE FOR AMENDMENT OF THE PLEADINGS:  6/13/2025

FURTHER CASE MANAGEMENT: 8/29/2025 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 2/13/2026.

DESIGNATION OF EXPERTS: 2/23/2026; REBUTTAL: 3/13/2026;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 3/31/2026.

DISPOSITIVE MOTIONS **SHALL** be filed by; 5/1/2026;
    Opp. Due: 5/15/2026; Reply Due: 5/22/2026;
    and set for hearing no later than 6/5/2026 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  9/22/2026
PRETRIAL CONFERENCE DATE: 10/6/2026 at 1:30 PM.

JURY SELECTION & TRIAL DATE: 10/19/2026 at 9:00 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5-7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: May 22, 2025

_____
SUSAN ILLSTON
United States District Judge